# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON OF
V. G. N., MINOR CHILDREN.

SUE E. ECHOLS,

               Appellant,

        vs.

PENNY FULLER,

               Respondent.

No. 69581

**FILED**

SEP 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

      Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

      It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. James Todd Russell, District Judge
       Schwartz Flansburg PLLC
       White Hart Law
       Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-28581